**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **AALIYAH LIPSEY,** | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **v.** | § | **CASE NO. 6:24-CV-00434-ADA-JCM** |
| | § | |
| **R&D MEDICAL SOLUTIONS, PLLC,** | § | |
| | § | |
| **DEFENDANT.** | § | |
| | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Aaliyah Lipsey, by and through her counsel of record, David John Hommel of Eisenberg & Baum, LLP, and Defendant R&D Medical Solutions, PLLC, by and through its counsel of record, David Tekell of Tekell & Tekell LLP, hereby stipulate to a dismissal with prejudice of all of Plaintiff's claims and causes of action in the above-styled and numbered case, with each party to bear their own attorneys' fees and costs.

Dated: April 17, 2025

Respectfully submitted,

By: */s/ David John Hommel*
David John Hommel, Esq.
**EISENBERG & BAUM, LLP**
24 Union Square East, PH
New York, NY 10003
(212) 353-8700
dhommel@eandblaw.com

**ATTORNEYS FOR PLAINTIFF**
**AALIYAH LIPSEY**

*And*

By: */s/ David Tekell*

David Tekell, Esq.
**TEKELL & TEKELL LLP**
Roosevelt Building
400 Austin Avenue
Suite 1000
Waco, TX 76701
david@tekell-law.com

**ATTORNEYS FOR DEFENDANT**
**R&D MEDICAL SOLUTIONS, PLLC**